DEFENDANT: JOSE MOLINA-VEGA a/k/a "Pepe"

AGE/YOB: 1987

COMPLAINT FILED? _____ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes __ No

OFFENSE(S): Count 1: 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute 50+ Grams of Methamphetamine, 500+ Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 400+ Grams of a Mixture or Substance Containing a Detectable Amount of Fentanyl, and 500+ Grams of a Mixture or Substance Containing a Detectable Amount of Cocaine in Violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), (b)(1)(A)(viii), and (b)(1)(B)(ii).

Counts 3, 5: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), Distribution of and Possession with Intent to Distribute 40+ Grams of a Mixture or Substance Containing a Detectable Amount of Fentanyl

Counts 4, 6, 7, 13: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), Distribution of and Possession with Intent to Distribute 50+ Grams of Methamphetamine and/or 500+ Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine

LOCATION OF OFFENSE: Pueblo County, Colorado

PENALTY: Counts 1, 4, 6, 7, 13 (Each Count): NLT 10 years and NMT life imprisonment; NMT $10,000,000 fine; NLT 5 years and no more than life supervised release; Special Assessment fee of $100.

Counts 3, 5 (Each Count): NLT 5 years and NMT 40 years imprisonment; NMT $5,000,000 fine; NLT 4 years and no more than life supervised release; Special Assessment fee of $100.

AGENT: Dassity Miller
Task Force Officer, DEA

1

2

| AUTHORIZED BY: | Dustin André-Vandenberg Assistant U.S. Attorney |
|---|---|

ESTIMATED TIME OF TRIAL:

___ five days or less; _X_ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1), (2)

The statutory presumption of detention **is** applicable to this defendant.

2